■ In the Matter of WILLIAM B. MENDICK et al., Respondents, v JOHN D. STERLING, JR., as Assessor to the Town of Greece, et al., Appellants. (Appeal No. 2.) — Order unanimously affirmed. Same memorandum as in *Matter of Mendick v Sterling* (83 AD2d 749). (Appeal from order of Monroe Supreme Court, Wagner, J. — dismiss tax review proceeding.) Present — Dillon, P. J., Cardamone, Hancock, Jr., Denman and Schnepp, JJ.